# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: C.T., A MINOR | : | No. 119 WAL 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF: K.T. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.